## Berman Unemployment Compensation Case.

Argued December 13, 1967. *William Berman,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

·· Decision affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.